LAUCK, Respondent, v. METROPOLITAN ST. RY. CO., Appellant.  (Supreme Court, Appellate Term.  May, 1902.)  Action by Katherina Lauck against the Metropolitan Street Railway Company.  Henry A. Robinson (Theodore H. Lord and Addison C. Ormsbee, of counsel), for appellant.  Julius H. Cohn, for respondent.

FREEDMAN, P. J.  The action was brought for the recovery of damages for personal injuries alleged to have been sustained by the plaintiff in consequence of defendant's negligence.  The complaint contained no averment showing that the plaintiff was a married woman, and that, notwithstanding that fact, she was, for some reason or other, entitled to the fruits of her labor, or that she was engaged in business on her own account, and by reason of her injuries had suffered loss therein.  That being so, and it appearing at the trial that she was a married woman, it was error on the part of the trial judge to permit her, against the objection and exception of the defendant, to testify as to her earnings and that her earnings had been impaired by reason of her injuries.  Uransky v. Railroad Co., 118 N. Y. 304, 23 N. E. 451, 16 Am. St. Rep. 759; Klapper v. Railroad Co., 34 Misc. Rep. 528, 69 N. Y. Supp. 955; Austin v. Bartlett, 67 App. Div. 312, 73 N. Y. Supp. 156.  It appears, however, from the testimony of the plaintiff, that her earnings were $5 per week, and that her inability to work continued for four weeks.  Upon that testimony, and the charge of the trial judge with regard to it, the jury could not have awarded to the plaintiff more than $20 on account of it.  Unless the plaintiff stipulates to deduct that amount from the amount of the verdict, and then to reduce the judgment appealed from to its correspondingly proper amount, the judgment must be reversed, and a new trial ordered, with costs to the appellant to abide the event.  In case the stipulation is given, the judgment, as reduced to its proper amount, is to be affirmed, without costs on this appeal.  Judgment (76 N. Y. Supp. 977) reversed, and new trial ordered, with costs to appellant to abide event, unless stipulation is given to reduce judgment.  In case stipulation is given, judgment affirmed, without costs.  All concur.

---

LAWRENCE, Respondent, v. WING, Appellant.  (Supreme Court, Appellate Division, Fourth Department.  October 17, 1902.)  Action by Bertha Lawrence against James Wing.  No opinion.  Judgment and order affirmed, with costs.